Case 0:21-cv-60559-RKA   Document 1-2   Entered on FLSD Docket 03/11/2021   Page 1 of 16
Filing # 122065086 E-Filed 02/25/2021 12:18:09 PM

Case Number: CACE-21-004014 Division: 05

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KARINA LARA BARBERAN,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____/

## CIVIL ACTION SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of Said State:**

    **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the Complaint, Interrogatories, Request for Admissions, and Request for Production in this action on Defendant:

**COSTCO WHOLESALE CORPORATION**

**By Serving:**

**Registered Agent:**
**CT Corporation System**
**1200 South Pine Island Rd.**
**Plantation, FL 33324**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiffs' attorney to wit:

**DEBI F. CHALIK, ESQUIRE**
**CHALIK & CHALIK, P.A.**
**10063 N. W. 1st Court**
**Plantation, Florida 33324**
**(954) 476-1000**

within 20 days after service of this summons on that defendant, exclusive of the day of service and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs'

# EXHIBIT 1

attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____FEB 25 2021_____, 2021.

As Clerk of said Court

By: _____
        as Deputy Clerk
        (Court Seal)

**BRENDA D. FORMAN**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, the provision of certain assistance. Within two working days of your receipt of this notice, contact Betty Letts at (954) 831-6364; 201 Southeast Sixth Street, Room 220, Fort Lauderdale, FL 33301. The phone line will accommodate voice or TDD transmissions for the hearing impaired or voice impaired.

Usted ha sido demandado legalmente. Tiene veinte (20) dias laborables, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, podria perder el caso y ser despojado de sus ingresos y propiedades, o ser privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al miso tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff Attorney" (Demandante o Abogado del Demandante).

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KARINA LARA BARBERAN,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

## COMPLAINT

The Plaintiff, KARINA LARA BARBERAN, by and through her undersigned counsel, sues the Defendant, COSTCO WHOLESALE CORPORATION, a Florida profit corporation, and alleges as follows:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs.

2. At all times material hereto, Defendant, COSTCO WHOLESALE CORPORATION, was and is a foreign profit corporation, licensed to do business and doing business in Broward County, Florida, by the operation of a store, namely, Costco #742, located at 15915 Pines Boulevard, in the City of Pembroke Pines, Broward County, Florida 33027.

3. At all times material hereto, Defendant, COSTCO WHOLESALE CORPORATION, owned, operated, maintained and/or controlled its business premises located at 15915 Pines Boulevard, in the City of Pembroke Pines, Broward County, Florida 33027.

4. At all times material hereto, Plaintiff, KARINA LARA BARBERAN, is and was a resident of Broward County, Florida.

5. All causes of action alleged herein occurred in Broward County, Florida.

6. On or about April 4, 2019, the Plaintiff, KARINA LARA BARBERAN, was at the COSTCO, located at the above address. At said time and place, the Defendant, COSTCO WHOLESALE CORPORATION, owed to the general public and to the Plaintiff, KARINA LARA BARBERAN, in particular, the duty of keeping its premises in a reasonably safe condition so that persons such as Plaintiff, KARINA LARA BARBERAN, would not be injured on said premises.

7. The Defendant, COSTCO WHOLESALE CORPORATION, breached its duty to the Plaintiff, KARINA LARA BARBERAN, in that the Defendant, its agents, servants, and/or employees, while acting within the course and scope of their employment, created and/or allowed to be created a dangerous and defective condition, to wit: water on the floor in the frozen foods area, creating a dangerous slippery surface, which caused the Plaintiff, KARINA LARA BARBERAN, to slip and fall, thereby injuring herself.

8. The Defendant, COSTCO WHOLESALE CORPORATION, knew or should have known of said dangerous and defective condition; and failed to warn the general public, or the Plaintiff, KARINA LARA BARBERAN, in particular, of any danger or, in the alternative, the Defendant allowed said dangerous and defective condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed such condition.

9. That as a direct and proximate result of the aforementioned incident, the Plaintiff, KARINA LARA BARBERAN, was injured in and about her body and extremities, suffered physical handicap and/or aggravation of a pre-existing condition, physical and mental pain and suffering, permanent disability and disfigurement, medical and maintenance expenses and wage

loss; said injuries and losses are either permanent or continuing in nature and the Plaintiff will suffer such losses and impairments in the future.

WHEREFORE, Plaintiff, KARINA LARA BARBERAN, sues the Defendant, COSTCO WHOLESALE CORPORATION, a foreign corporation, and demands judgment for damages in excess of Thirty Thousand Dollars ($30,000.00), and further demands a trial by jury of all issues so triable.

                              CHALIK AND CHALIK, P.A.
                              Attorneys for Plaintiff
                              10063 N. W. 1st Court
                              Plantation, Florida 33324
                              Tel.:  (954) 476-1000
                              Fax:  (954) 472-1173
                              Designated e-mail: litigation@chaliklaw.com


By  /s/ Debi F. Chalik
       DEBI F. CHALIK
       Florida Bar No. 179566

Filing # 122065086 E-Filed 02/25/2021 12:18:09 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KARINA LARA BARBERAN,

        Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

_____/

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

Pursuant to Rule 1.370, Florida Rules of Civil Procedure, Defendant, COSTCO WHOLESALE CORPORATION, is hereby requested to admit the truth of these matters hereinafter set forth on or by the forty-fifth (45) day after service hereof by answering in writing.

1. The accident, which is the subject of this case, was the fault of Defendant, COSTCO WHOLESALE CORPORATION.

2. The Plaintiff, KARINA LARA BARBERAN, is not comparatively negligent in any way with respect to the accident, which is the subject of this case.

3. As a result of the accident of April 4, 2019, Plaintiff, KARINA LARA BARBERAN, has sustained injuries.

4. As a result of said accident, the Plaintiff, KARINA LARA BARBERAN, has sustained medical bills in connection with the care and treatment of said injuries.

5. There were no warning signs in the frozen food aisle where Plaintiff, KARINA LARA BARBERAN, fell.

6. The Defendant, COSTCO WHOLESALE CORPORATION, is the owner of the premises which is the subject matter of this lawsuit.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served along with the Summons and Complaint upon the Defendant.

> CHALIK AND CHALIK, P.A.
> Attorneys for Plaintiff
> 10063 N. W. 1st Court
> Plantation, Florida 33324
> Tel.:   (954) 476-1000
> Fax:   (954) 472-1173
> Designated e-mail: litigation@chaliklaw.com
>
>
> By  /s/ Debi F. Chalik
>       DEBI F. CHALIK
>       Florida Bar No. 179566

Filing # 122065086 E-Filed 02/25/2021 12:18:09 PM

                IN THE CIRCUIT COURT OF THE 17TH
                JUDICIAL CIRCUIT IN AND FOR BROWARD
                COUNTY, FLORIDA

                CASE NO:

KARINA LARA BARBERAN,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT

The Plaintiff, KARINA LARA BARBERAN, by and through her undersigned counsel, and pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, request the Defendant, COSTCO WHOLESALE CORPORATION, to produce the following for inspection and/or copying at the offices of the undersigned, within forty-five (45) days from the date of service of process upon the Defendant, and as grounds would state that these items are relevant and material and are not privileged and/or work product and that these items are otherwise not available to the Plaintiff.

    1.    Any and all accident reports made out in the routine course of business as a matter of company policy pertaining to the subject accident.

    2.    Any and all accident reports made out in the routine course of business as a matter of company policy pertaining to any and all prior and subsequent accidents which are similar and/or identical to the subject accident wherein the dangerous condition of the premises was

alleged to be similar and/or identical to the unsafe condition of the premises alleged in the subject accident.

3. Any and all prior complaints and subsequent complaints, oral or written, relating to any prior or subsequent accidents, injuries, complaints or defective unsafe conditions which are similar and/or identical to those alleged in the subject accident.

4. Any and all photographs of the accident scene depicting either:

   a. The general condition of the accident scene at the time of the subject accident or any other time;

   b. The scene of the subject accident as it existed on the date of the subject accident;

   c. The scene of the subject accident as it existed prior to the date of the subject accident;

5. Any and all maintenance records or repair records relating to the subject premises prior to the date of the subject accident.

6. Any and all diagrams, charts, maps, designs and/or drawings showing the condition of the premises as it existed at the time of the subject accident. This request applies to the items or condition of the premises which are alleged to be defective in the complaint or any amendments to the complaint.

7. Any and all records of inspection of the accident scene in question, including any inspection records prior to the subject accident and subsequent to the subject accident.

8. Any and all agreements entered into by the Defendant, COSTCO WHOLESALE CORPORATION, involving the maintenance of the subject premises.

9. Any and all liability policies covering the premises in the subject accident at the time of the incident.

10. Any and all written agreements pertaining to the maintenance of the subject premises at any time prior to the date of the subject accident and for one year subsequent to the subject accident.

11. Any and all surveillance videos, movies, and/or photographs of the Plaintiff, KARINA LARA BARBERAN.

12. Any and all log books or other documents detailing when inspections were made of the floors on April 4, 2019.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by service of process to the Defendant together with the Summons and Complaint.

CHALIK AND CHALIK, P.A.
Attorneys for Plaintiff
10063 N. W. 1st Court
Plantation, Florida 33324
Tel.:   (954) 476-1000
Fax:   (954) 472-1173
Designated e-mail: litigation@chaliklaw.com


By  /s Debi F. Chalik
     DEBI F. CHALIK
     Florida Bar No. 179566

Filing # 122065086 E-Filed 02/25/2021 12:18:09 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KARINA LARA BARBERAN,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____/

## PLAINTIFF'S FIRST SET OF INTERROGATORIES
## TO DEFENDANT, COSTCO WHOLESALE CORPORATION

Plaintiff, KARINA LARA BARBERAN, by and through her undersigned counsel, pursuant to applicable Rules of Civil Procedure propound the attached Interrogatories numbered 1 through 21 to the Defendant, COSTCO WHOLESALE CORPORATION, to be answered within forty-five (45) days from the date of service of process.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by service of process to the Defendant together with the Summons and Complaint.

    CHALIK AND CHALIK, P.A.
    Attorneys for Plaintiff
    10063 N. W. 1st Court
    Plantation, Florida 33324
    Tel.:  (954) 476-1000
    Fax:  (954) 472-1173
    Designated e-mail: litigation@chaliklaw.com


    By /s/ Debi F. Chalik
        DEBI F. CHALIK
        Florida Bar No. 179566

## INTERROGATORIES TO DEFENDANT, COSTCO WHOLESALE CORPORATION

1. What is the name and address of the person answering these interrogatories, and if applicable, the person's official position or relationship with the party to whom the interrogatories are directed.

2. Describe any and all polices of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the insured, the number of the policy, the effective date of the policy, the available limits of liability and the name and address of the custodian of the policy.

3. Give the date, hour and time that the alleged accident/incident happened.

4. State fully and completely how the alleged accident/incident happened, providing in your answer the complete chronology of events, and any actions taken by you to prevent the incident.

5. Identify each and every person known to you who witnessed the accident.

6. After each name provided in answer to Interrogatory Number 5, list the person's address and relationship, if any, to the defendant.

7. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was the contributing legal cause of the incident in question.

8. Please state whether you or your agents or employees rendered any assistance or support of any kind to the plaintiff after the alleged accident/incident and if so, describe the assistance that was rendered to the plaintiff.

9. Delineate as fully as possible any statements, either oral or written, given to you or to any of the defendant's agents or employees, by the plaintiff at the time of the alleged accident/incident specifying whether the statement was oral or written, and to whom it was given.

10. Describe in as much detail as possible the actual place or location of the alleged accident/incident.

11. Please identify the name and address of the person who was responsible for cleaning the store's floors at the time of Plaintiff's fall.

12. At any time did any person give you or any of your agents or employees any written or oral warnings, signals, notices or statements detailing a dangerous condition with respect to the squashed grape with water on the floor?

13. Describe fully and completely the procedure the defendant or its employees had for the care and maintenance of the floors located in the frozen food area and whether such procedure was followed at the time of this accident.

14. At any time prior to the accident/incident did you or any of the defendant's agents or employees make an inspection of the place or location where the accident/incident occurred?

15. If your answer to interrogatory numbers 13 and/or 14 is in the affirmative, detail for the inspection:

    a. The date and time it was made.

    b. The procedure used for making it.

    c. The names and addresses of all persons making it.

    d. What such inspection revealed.

16. List everything that you or any of the defendant's agents or employees did to avoid the alleged accident/incident.

17. List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter by which the witness has knowledge.

18. List the name, address, qualifications and expertise of each expert witness you intend to call at trial, summarize each opinion that will be given and specify the facts upon which each opinion is based.

19. At the time of plaintiff's injury, do you contend that any person or entity other than you or anyone acting on your behalf was responsible for the inspection and/or maintenance of the premises on which plaintiff alleges she was injured? If your answer is in the affirmative, state each and every fact upon which you base your contention.

COSTCO WHOLESALE CORPORATION

By:_____
        Name:
        Title:

STATE OF _____

COUNTY OF _____

    Before me, the undersigned officer, authorized to administer oaths and take acknowledgments, personally appeared _____, who after being by me duly sworn, deposes and says: That the answers to the above and foregoing Interrogatories are true and correct to the best of _____ knowledge and belief.

    Sworn to and subscribed before me this on this _____day of _____, 2021.

_____
Signature of Notary Public - State of _____

_____
Print, Type or Stamp Commissioned Name of Notary

Personally Known ☐ OR Produced Identification ☐

Type Identification Produced